AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**HENRY CARIBE,**<br>**A/K/A "KING 40CAL"** | )<br>)<br>)  Case No.  19 cr 10459<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Henry Caribe, a/k/a "King 40Cal"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:    12/04/2019                                            _____
                                                                            *Issuing officer's signature*

City and state:    Boston, MA                              Brenda Ravina, Deputy Clerk
                                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                   _____<br>                                                                         *Arresting officer's signature*<br><br>                                                                         _____<br>                                                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JONATHAN CASSIANO, | ) | Case No. 19cr10459 |
| A/K/A "KING LEGEND" | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jonathan Cassiano, a/k/a "King Legend"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:  ___12/04/2019___

City and state:  ___Boston, MA___

_____
*Issuing officer's signature*

Brendan _____ Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| ANTOINE GOODSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Antoine Goodson                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition

Date:     12/04/2019                                                                             _____
                                                                                                             *Issuing officer's signature*

City and state:     Boston, MA                                                         Brendan Garvin Deputy Clerk
                                                                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                         _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr 10459 |
| DEREK SOUTHWORTH | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Derek Southworth                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition

Date:    _12/04/2019_

_____
_Issuing officer's signature_

City and state:    _Boston, MA_

_____
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____    _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-10459 |
| ISSAC FELIX-RIVERA, | ) | |
| A/K/A "KING IZZY" | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Issac Felix-Rivera, a/k/a "King Izzy"                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

_____
Deputy Clerk

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____    _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  19-CR-10459 |
| KEVIN GUADALUPE, | ) | |
| A/K/A "KING MILLY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Kevin Guadalupe, a/k/a "King Milly"                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019
                                                                        _Issuing officer's signature_

City and state:        Boston, Massachusetts
                                                                        _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHELTON JOHNSON, | ) | Case No.  19-CR-10459 |
| A/K/A "KING SHELLS" | ) | |
| | ) | |
| | ) | |

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Shelton Johnson, a/k/a "King Shells"                                  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                          _____
                                                           *Issuing officer's signature*

City and state:    Boston, Massachusetts        Brendan Connolly, Deputy Clerk
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TYSON JORGE, | ) | Case No. 19- CR-10459 |
| A/K/A "KING MUSIC" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Tyson Jorge, a/k/a "King Music"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brenda Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____     _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EMANUEL LOPEZ-VELEZ, | ) | Case No.  19 - CR-10459 |
| A/K/A "MANNY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Emanuel Lopez-Velez, a/k/a "Manny"                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                                             _____
                                                                        *Issuing officer's signature*

City and state:     Boston, Massachusetts              _____
                                                                        *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                         _____<br>                                                                  *Arresting officer's signature*<br><br>                                                                  _____<br>                                                                  *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS MENDEZ, | ) | Case No.  19 - CR - 10459 |
| A/K/A "KING PRIMO" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Luis Mendez, a/k/a "King Primo"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
RAEKWON PARIS,
A/K/A "KING DEBO"

)
)
)
)
)
)

Case No.  19- CR - 10459

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Raekwon Paris, a/k/a "King Debo"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAYCO REYES-SMITH, | ) | Case No.   19 - CR - 10459 |
| A/K/A "KING JAVY" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jayco Reyes-Smith, a/k/a "King Javy"                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019              _____
                                            *Issuing officer's signature*

City and state:    Boston, Massachusetts         Brenda Levin, Deputy Clerk
                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____             _____ |
|                                                     *Arresting officer's signature* |
|                                                     _____ |
|                                                     *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | )  |
|---|---|
| v. | ) |
| LUIS SANTIAGO, | ) Case No. 19-CR-10459 |
| A/K/A "KING TINY" | ) |
| | ) |
| | ) |
| | ) |

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Luis Santiago, a/k/a "King Tiny"                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brenda Garvin, Deputy Clerk

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERTO VARGAS, | ) | Case No.   19-CR-10459 |
| A/K/A "KING ROYALTY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Roberto Vargas, a/k/a "King Royalty"                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:        12/04/2019                                         _____
                                                                            *Issuing officer's signature*

City and state:        Boston, Massachusetts                        Brenda Gavin, Deputy Clerk
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                                         _____ |
|                                                                                    *Arresting officer's signature* |
| |
|                                                                                    _____ |
|                                                                                    *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JOSE VASQUEZ,<br>A/K/A "KING FEARLESS"<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No. 19 cr 10459 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jose Vasquez, a/k/a "King Fearless"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019
                                                                _____
                                                                         *Issuing officer's signature*

City and state:     Boston, Massachusetts                    Braxton Cravo   Deputy Clerk
                                                                         *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                            _____<br>                                                                          *Arresting officer's signature*<br><br>                                                                 _____<br>                                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
NATANAEL VELAZQUEZ,
A/K/A "KING NAEL"

)
)
)
)
)
)

Case No. 19 cr 10459

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Natanael Velazquez, a/k/a "King Nael"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ❒ Complaint
❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_____
_Issuing officer's signature_

City and state:     Boston, Massachusetts

_____
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                    _____<br>                                                          _Arresting officer's signature_<br><br>                                                          _____<br>                                                          _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| ALVIN MOJICA, | ) | |
| A/K/A "KING HUMBLE" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Alvin Mojica, a/k/a "King Humble"                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint
❒ Probation Violation Petition        ❒ Supervised Release Violation Petition        ❒ Violation Notice        ❒ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Distribution and Possession with Intent to Distribute Cocaine

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts

Brendan Garvey Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HECTOR ADORNO, | ) | Case No. 19cr 10459 |
| A/K/A "KING GORDO" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hector Adorno, a/k/a "King Gordo"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, MA

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____       _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| DAIRON RIVERA,<br>A/K/A "KING MAFIA" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Dairon Rivera, a/k/a "King Mafia"                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:     12/04/2019                                _____
                                                          _Issuing officer's signature_

City and state:     Boston, MA                Brendan Garvin, Deputy Clerk
                                                          _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____          _____<br>                                              _Arresting officer's signature_<br><br>                                              _____<br>                                              _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| SOPHIA VELASQUEZ, | ) | |
| A/K/A "QUEEN SOPHIA" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Sophia Velasquez, a/k/a "Queen Sophia"                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl

Date:      12/04/2019

_Issuing officer's signature_

City and state:      Boston, MA

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| JESUS DIAZ, | ) | |
| A/K/A "KING KIKO" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jesus Diaz, a/k/a "King Kiko"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

    21 U.S.C. § 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base

Date:        12/04/2019                                    _____
                                                                        *Issuing officer's signature*

City and state:        Boston, MA                        Brendan Garvin, Deputy Clerk
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____            _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 cr 10459 |
| JUAN FIGUEROA, A/K/A "KING PUN" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Juan Figueroa, a/k/a "King Pun"                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                          _____

                                                          *Issuing officer's signature*

City and state:      Boston, Massachusetts                     Brendan Garvin, Deputy Clerk

                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
**ISRAEL RODRIGUEZ,**
**A/K/A "KING IMPERIAL"**

)
)
)
)
)
)

Case No. 19cr 10459

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Israel Rodriguez, a/k/a "King Imperial"                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019
_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ *Arresting officer's signature* |
|     _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| ALFRED NIEVES, | ) | |
| A/K/A "KING ALFY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Alfred Nieves, a/k/a "King Alfy"                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019                                  _____
                                                                        _Issuing officer's signature_

City and state:        Boston, Massachusetts            Brendan Garvin, Deputy Clerk
                                                                        _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____               _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr10459 |
| MARLON RIVERA,<br>A/K/A "KING PLUTO" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Marlon Rivera, a/k/a "King Pluto"                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_Issuing officer's signature_

City and state:    Boston, Massachusetts        Brendan Garvin, Deputy
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| INES LUGO, | ) | Case No. 19cr10459 |
| A/K/A "QUEEN CHINA" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Ines Lugo, a/k/a "Queen China"                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Gavvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| JEREMIA MEDINA, | ) | |
| A/K/A "KING SWEEPY" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jeremia Medina, a/k/a "King Sweepy"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ❒ Complaint
❒ Probation Violation Petition        ❒ Supervised Release Violation Petition      ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019                    _____
                                                            *Issuing officer's signature*

City and state:      Boston, Massachusetts        Brendan Garvin, Deputy Clerk
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                                *Arresting officer's signature*<br><br>                                                                _____<br>                                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>BIENVENIDO NUNEZ,<br>A/K/A "KING APACHE"<br><br>Defendant | )<br>)<br>)   Case No.  1 9cr 10459<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Bienvenido Nunez, a/k/a "King Apache"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019                                                           _____
                                                                                 *Issuing officer's signature*

City and state:      Boston, Massachusetts                    Brendan Garvin, Deputy Clerk
                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19cr 10459 |
| TANAIRY RUIZ, | ) | |
| A/K/A "QUEEN TANAIRY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Tanairy Ruiz, a/k/a "Queen Tanairy"                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019

_____
_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19cr 10459 |
| XAVIER VALENTIN-SOTO, | ) | |
| A/K/A "KING X" | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Xavier Valentin-Soto, a/k/a "King X"                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
| v. | ) | Case No. 19cr10459 |
| JOEL FRANCISCO, | ) | |
| A/K/A "KING CASPER" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Joel Francisco, a/k/a "King Casper"                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:     12/04/2019                                               
                                                *Issuing officer's signature*

City and state:     Boston, Massachusetts           Brendan Garvin, Deputy Clerk
                                                *Printed name and title*

| Return |
|---|
|       This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                         _____<br>                                        *Arresting officer's signature*<br><br>                                        _____<br>                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ERIC THOMAS,
A/K/A "KING E"

_Defendant_

Case No. 19 cr 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Eric Thomas, a/k/a "King E"                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019

_Issuing officer's signature_

City and state:      Boston, Massachusetts

Brendan Garvan, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America
v.
**SHAUN HARRISON,**
**A/K/A "REV"**

)
)
)
)
)
)

Case No. 19 - CR - 10455

_____
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Shaun Harrison, a/k/a "Rev"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019
_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts
Brendan, Gavvin Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VINCENT DZIERWINSKI, | ) | Case No.  19 - CR - 10459 |
| A/K/A "KING VICE" | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Vincent Dzierwinski, a/k/a "King Vice"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Geurin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                    _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>**WILSON PEGUERO,**<br>**A/K/A "KING DUBB"** | )<br>)<br>)<br>)<br>)<br>) | Case No.  19 - CR - 10459 |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Wilson Peguero, a/k/a "King Dubb"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

                                                    _____
                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts            Brendan Garvin, Deputy Clerk
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXIS PEGUERO, | ) | Case No.   19 CR 10459 |
| A/K/A "KING LEXI," A/K/A "KING LOONEY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Alexis Peguero, a/k/a "King Lexi," a/k/a "King Looney"                                  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ❒ Complaint

❒ Probation Violation Petition      ❒ Supervised Release Violation Petition      ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:       12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

Brendan Govern, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____<br>*Arresting officer's signature* |
|               _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> MATTHEW PALACIOS, <br> A/K/A "KING NENE" <br><br> _____ <br> *Defendant* | ) <br> ) <br> )    Case No.   19 CR 10459 <br> ) <br> ) <br> ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Matthew Palacios, a/k/a "King Nene"                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts

                                        Brendan Garin, Deputy Clerk
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____      _____ <br>                                       *Arresting officer's signature* <br><br>                                       *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| STEVEN FAMILIA VALDEZ, | ) | Case No. 19 CR 10459 |
| A/K/A "KING HAZE" | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Steven Familia Valdez, a/k/a "King Haze"                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

Brendan Garvin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                  _____ |
|                                                                  *Arresting officer's signature* |
|                                                                  _____ |
|                                                                  *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DANTE LARA, | )    Case No.   19 CR 10459 |
| A/K/A "KING NASTY" | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Dante Lara, a/k/a "King Nasty" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ❒ Complaint
❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Breon Gavin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____              _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT LARA, | ) | Case No. 19 CR 10459 |
| A/K/A "KING RIZZ" | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Robert Lara, a/k/a "King Rizz"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                                 _____
                                                                            *Issuing officer's signature*

City and state:      Boston, Massachusetts                    Brendan Garvin, Deputy Clerk
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANGEL ORTIZ,<br>A/K/A "KING ABBY"<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.   19 CR - 10459<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Angel Ortiz, a/k/a "King Abby"                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                  _____
                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts              Brandon Gavin, Deputy Clerk
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                             _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANGEL RODRIGUEZ, | ) | Case No.   19 CR 10459 |
| A/K/A "KING ACE" | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Angel Rodriguez, a/k/a "King Ace"                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Gavin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| |
| Date: _____          _____ |
| _Arresting officer's signature_ |
| |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXIS VELASQUEZ, | ) | Case No. 19 - CR · 10459 |
| A/K/A "KING BOOBOO" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Alexis Velasquez, a/k/a "King Booboo"                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_Issuing officer's signature_

City and state:     Boston, Massachusetts

Brendan Leavvy Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____       _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ANGEL CALDERON,
A/K/A "KING BAM"

)
)
)
)
)
)

Case No.    19 CR 10459

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Calderon, a/k/a "King Bam"                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019                                    _____
                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts              Brendan Leavvri, Deputy Clerk
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**OSCAR PENA,**<br>**A/K/A "KING O-BLOCK"** )<br>)<br>)<br>)<br>)<br>) | Case No.   19 CR 10459 |

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Oscar Pena, a/k/a "King O-Block"                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019                                    _____
_Issuing officer's signature_

City and state:        Boston, Massachusetts                Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ <br>at _(city and state)_ _____ . |
| Date: _____                                    _____<br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>**JOSE RODRIGUEZ**<br>**A/K/A "KING STUTTER"** | )<br>)<br>)<br>)<br>)<br>) | Case No.   19 CR 10459 |

_____
_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Jose Rodriguez, a/k/a "King Stutter" _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment    ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

  21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date: _____12/04/2019_____

_Issuing officer's signature_

City and state:   Boston, Massachusetts

Brendan Garvin, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____ <br><br>_____<br>_Arresting officer's signature_ <br><br>_____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ORLANDO SANTIAGO TORRES, | ) | Case No.  19 - CR - 10459 |
| A/K/A "KING LANDI" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Orlando Santiago Torres, a/k/a "King Landi"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:       12/04/2019                                   _____
                                                                     *Issuing officer's signature*

City and state:     Boston, Massachusetts            Brendan Garas, Deputy Clerk
                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

United States of America
v.
SANDRA CORREA,
A/K/A "QUEEN DREAM"

_____
Defendant

)
)
)
)
)
)

Case No.   19 c r 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sandra Correa, a/k/a "Queen Dream"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity


Date:     12/04/2019

City and state:     Boston, Massachusetts

_____
*Issuing officer's signature*

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____       _____ |
|        *Arresting officer's signature* |
|        _____ |
|        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19 CR 10459 |
| MICHAEL CECCHETELLI, | ) | |
| A/K/A "KING MERLIN" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Cecchetelli, a/k/a "King Merlin"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019              _____
                                              *Issuing officer's signature*

City and state:     Boston, Massachusetts              _____
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____              _____<br>                                              *Arresting officer's signature* |
| _____<br>                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 CR 10459 |
| ESTHER ORTIZ, A/K/A "QUEEN INDIA" | ) ) ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      Esther Ortiz, a/k/a "Queen India"                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019

_Issuing officer's signature_

City and state:      Boston, Massachusetts

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____              _____<br>_Arresting officer's signature_ |
| _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-10459 |
| HECTOR MANUEL VEGA, | ) | |
| A/K/A "KING DEMON" | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hector Manuel Vega, a/k/a "King Demon"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                          _____
                                                              *Issuing officer's signature*

City and state:     Boston, Massachusetts                _____
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JORGE RODRIGUEZ,<br>A/K/A "KING G"<br><br>*Defendant* | ) ) ) ) ) ) |

Case No. 19-CR-10459

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jorge Rodriguez, a/k/a "King G"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:      12/04/2019                                    _____
                                                                    *Issuing officer's signature*

City and state:      Boston, Massachusetts                    _____
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                    _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL MARRERO,<br>A/K/A "KING CLUMSY"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 19 - CR - 10459

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Marrero, a/k/a "King Clumsy"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**FRANCISCO LOPEZ,**<br>**A/K/A "KING CISCO"** | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19 - CR - 10459

_____
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Francisco Lopez, a/k/a "King Cisco" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                          _____
                                                                      *Issuing officer's signature*

City and state:    Boston, Massachusetts            _____
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                          _____<br>                                                                *Arresting officer's signature*<br><br>                                                                _____<br>                                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>GREGORY PEGUERO-COLON,<br>A/K/A "KING TRECE" | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19 - CR - 10459

_____
_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Gregory Peguero-Colon, a/k/a "King Trece"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019                                    _____
                                                                                    _Issuing officer's signature_

City and state:    Boston, Massachusetts                      _____
                                                                                    _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____<br>                                                                   _Arresting officer's signature_<br><br>                                                                   _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JUAN LIBERATO, | ) | Case No. 19·CR-10459 |
| A/K/A "KING PRODIGY" | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Juan Liberato, a/k/a "King Prodigy"_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:     12/04/2019            _____
                                        *Issuing officer's signature*

City and state:    Boston, Massachusetts      _____
                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANGEL ROLDAN,<br>A/K/A "KING BIG A," A/K/A "NELTY" | )<br>)<br>)<br>)<br>)<br>) |

_____
*Defendant*

Case No.  19 - CR - 10459

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angel Roldan, a/k/a "King Big A," a/k/a "Nelty"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:    12/04/2019         _____
                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts    _____
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____         _____<br>                                              *Arresting officer's signature*<br><br>                                              _____<br>                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRUTUOSO BARROS,<br>A/K/A "KING FRUITY"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 19 - CR - 10459

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Frutuoso Barros, a/k/a "King Fruity"                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                          _____
                                                   *Issuing officer's signature*

City and state:      Boston, Massachusetts          _____
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                          _____<br>                                                   *Arresting officer's signature*<br><br>                                                   _____<br>                                                   *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT AVITABILE, | ) | Case No.   19 CR 10459 |
| A/K/A "BOBBY" | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ ___Robert Avitabile, a/k/a "Bobby"___ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base

Date:  ___12/04/2019___                                      _____
                                                                                    _Issuing officer's signature_

City and state:  ___Boston, Massachusetts___          Brendan Garson  Deputy Clerk
                                                                                    _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                      _____ _Arresting officer's signature_ _____ _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**TALIYAH BARBOZA,**<br>**A/K/A "QUEEN TALIYAH"** | )<br>)<br>)  Case No.  19 CR 10459<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Taliyah Barboza, a/k/a "Queen Taliyah"                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:  ___12/04/2019___                          _____
                                                                        *Issuing officer's signature*

City and state:  ___Boston, Massachusetts___       _____
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____               _____<br>                                                                *Arresting officer's signature*<br><br>                                                                _____<br>                                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSUE CARRASQUILLO, | ) | Case No.  19 CR 10459 |
| A/K/A "KING PLAYBOY" | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Josue Carrasquillo, a/k/a "King Playboy"                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:        12/04/2019

_Issuing officer's signature_

City and state:        Boston, Massachusetts

Bre___ Gavin        Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>**MICHAEL COTTO,**<br>**A/K/A "KING GORDO"** | )<br>)<br>)<br>)<br>)<br>) | Case No.  19 CR 10459 |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Cotto, a/k/a "King Gordo"                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:      12/04/2019                                    _____
                                                                 *Issuing officer's signature*

City and state:     Boston, Massachusetts               Brendan Carey, Deputy Clerk
                                                                 *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |