✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Felix- Rivera

**EXHIBIT AND WITNESS LIST**

Case Number: 19-10459-32

| PRESIDING JUDGE<br>Hennessy | PLAINTIFF'S ATTORNEY<br>Mallard, P. | DEFENDANT'S ATTORNEY<br>Lopez, S. |
|---|---|---|
| TRIAL DATE (S)<br>01/09/2020 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>King, D. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/9/2020 | | x | Witness: Brenda Liz Montez-Rivera |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages